# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MONTALI, DENNIS | UNITED STATES BANKRUPTCY COURT | 04/21/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| BANKRUPTCY JUDGE | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 947054

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTALI, DENNIS | 04/21/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTALI, DENNIS | 04/21/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTALI, DENNIS | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Real estate - Alameda Cty ($340,000;fractional int.;acq 2/01 | | None | N | W | | | | | |
| 2. Acct. Union Bank of California, | | None | J | T | | | | | |
| 3. Acct. Wells Fargo Bank, | A | Interest | J | T | | | | | |
| 4. Alphabet | | None | M | T | Buy (add'l) | 05/09/19 | L | | Also 7/15 |
| 5. AMG Managers Total Return Fund | B | Dividend | M | T | | | | | |
| 6. American Century Global Fund | A | Dividend | J | T | | | | | |
| 7. American Century Gvt Inc | B | Int./Div. | M | T | | | | | |
| 8. American Water Works | C | Int./Div. | M | T | Sold (part) | 02/22/19 | L | | Also 7/16 |
| 9. Apple | B | Int./Div. | N | T | | | | | |
| 10. AT&T | A | Dividend | K | T | Buy | 07/15/19 | K | | |
| 11. Audubon Cellars, Inc. common | | | | | Closed | | | | |
| 12. Automatic Data Processing common | D | Dividend | N | T | | | | | |
| 13. BNY Active Midcap Fund A | A | Dividend | M | T | | | | | Name change from Dreyfus |
| 14. BNY Muni Bond Fund | A | Dividend | K | T | | | | | Name change from Dreyfus |
| 15. BNY Cal Tax Ex Fund | A | Dividend | M | T | | | | | Name change from Dreyfus |
| 16. BNY Strategic Fund | A | Dividend | L | T | | | | | Was part of Dreyfus |
| 17. Cardinal Health common | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MONTALI, DENNIS** | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Cognizant Tech. Solutions | A | Dividend | M | T | | | | | |
| 19. | Colgate Palmolive & Co common | C | Dividend | M | T | | | | | |
| 20. | Corteva | | | | | Sold | 06/18/19 | J | | Spinoff from DowDupont |
| 21. | Dow | A | Distribution | J | T | Spinoff (from line 23) | 04/02/19 | J | | Parlial sale 4/3 & 5/9 |
| 22. | Duke Energy | A | Dividend | | | Sold | 02/22/19 | L | | |
| 23. | Du Pont | A | Dividend | K | T | Sold (part) | 06/06/19 | J | | Name change from Dow DuPon |
| 24. | ETFMG Prime Cyber | A | Dividend | M | T | | | | | |
| 25. | Exxon Mobil Corporation common | E | Dividend | N | T | | | | | |
| 26. | Federated High Yield Trust | A | Dividend | J | T | | | | | |
| 27. | Garrett Motion, Inc | | | | | Sold | 01/23/19 | J | | |
| 28. | Genuine Parts common | D | Dividend | M | T | | | | | |
| 29. | Gilead Sciences Inc | B | Dividend | L | T | Buy | 05/09/19 | J | | |
| 30. | Home Depot | A | Dividend | J | T | | | | | |
| 31. | Honeywell Int'l common | C | Dividend | M | T | | | | | |
| 32. | Intel | B | Dividend | M | T | | | | | |
| 33. | Ishares MSCI Japan | A | Dividend | K | T | | | | | |
| 34. | Jacobs Engineering | A | Dividend | K | T | Buy | 05/09/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MONTALI, DENNIS | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Johnson & Johnson | C | Dividend | | | Sold | 07/17/19 | M | | |
| 36. Kimberly Clark | D | Dividend | M | T | | | | | |
| 37. Matthews Japan Fund Inc fka Japan Fund | A | Dividend | K | T | | | | | |
| 38. McDonalds Corp common | D | Dividend | O | T | | | | | |
| 39. Mid American Apt. Common | C | Dividend | L | T | Sold (part) | 07/16/19 | K | | |
| 40. Nestle SA | C | Dividend | M | T | | | | | |
| 41. Novo-Nordisk | D | Dividend | N | T | | | | | |
| 42. Pentair | B | Dividend | L | T | | | | | |
| 43. Pepisco common | C | Dividend | M | T | | | | | |
| 44. Pimco FDS Pac Invt Mgmt | B | Interest | J | T | | | | | |
| 45. Proctor & Gamble Co. common | C | Dividend | M | T | | | | | |
| 46. Raytheon | A | Dividend | K | T | Buy | 05/09/19 | K | | |
| 47. Resideo Tech | A | Dividend | J | T | Spinoff (from line 31) | 07/09/19 | J | | Also sold part 7/9 |
| 48. Schlumberger | C | Dividend | K | T | | | | | |
| 49. Schwab Value Advantage | A | Interest | N | T | | | | | |
| 50. Schwab Corp common | B | Dividend | M | T | | | | | |
| 51. Schwab 1000 Fund | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MONTALI, DENNIS** | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Select Sector - Materials | B | Dividend | M | T | | | | | |
| 53. SPDR Energt Select | A | Dividend | J | T | | | | | |
| 54. S&P 500 Depository Receipts Unit) | B | Dividend | M | T | | | | | |
| 55. SPDR Utilities Select | B | Dividend | L | T | | | | | |
| 56. Stryker Corp | C | Dividend | N | T | | | | | |
| 57. Sysco common | B | Dividend | L | T | | | | | |
| 58. T. Rowe Price Int'l Stk Fund | B | Dividend | M | T | | | | | |
| 59. T. Rowe Price Equity Fund | B | Dividend | L | T | | | | | |
| 60. T. Rowe Price Growth | A | Dividend | M | T | | | | | |
| 61. T. Rowe Price - New Horizon | A | Dividend | L | T | | | | | |
| 62. Templeton Developing Mkt | A | Dividend | K | T | | | | | |
| 63. Templeton Global Inc. Fund | A | Dividend | K | T | | | | | |
| 64. Templeton Global Bond | B | Dividend | K | T | | | | | |
| 65. 3M | D | Dividend | M | T | | | | | |
| 66. United Health Group | A | Dividend | M | T | Buy | 01/24/19 | M | | Also 7/15 |
| 67. United Parcel Service | C | Dividend | M | T | | | | | |
| 68. USAA Short term fund | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MONTALI, DENNIS** | 04/21/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. USAA Long term fund | C | Interest | L | T | | | | | |
| 70. USX-US Steel Corp | A | Dividend | | | Sold | 07/09/19 | L | | |
| 71. United Technolgies | C | Dividend | M | T | | | | | |
| 72. Vanguard Intl Growth Fund | B | Dividend | M | T | | | | | |
| 73. Vanguard 500 Fund | D | Dividend | O | T | | | | | |
| 74. Vanguard Wellesley Inc. Fund | A | Interest | K | T | | | | | |
| 75. Vanguard Intl. Equity Index (Eur. stk) | C | Dividend | L | T | | | | | |
| 76. Vanguard Wellington Fund | B | Dividend | K | T | | | | | |
| 77. Vanguard Fxd Inc. GNMA | C | Interest | L | T | | | | | |
| 78. Vanguard F-I Short Term | B | Interest | M | T | | | | | |
| 79. Verizon | A | Dividend | K | T | | | | | |
| 80. Walt Disney Hldg common | C | Dividend | M | T | | | | | |
| 81. Wells Fargo Adv ST | A | Dividend | L | T | | | | | |
| 82. WEC Energy | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **MONTALI, DENNIS** | 04/21/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ DENNIS MONTALI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544